## McCluskey *v.* Stock Exchange Building Corp. and Aetna Life Insurance Co.

Argued October 1, 1930.

Before Trexler, P. J., Linn, Gawthrop, Cunningham, Baldrige and Whitmore, JJ.

*Thomas F. Mount,* and with him *James J. Murray* and *Joseph W. Henderson,* for appellant.

*Hugh McAnany,* for appellee.

PER CURIAM, November 13, 1930:
The judgment is affirmed upon the opinion of the learned president judge of the court below.